AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Hector David CONTRERAS<br>YOB: 1981<br>U.S. Citizen<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 7:19-MJ-1486<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 24, 2019__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922 (g)(1) | 18 USC 922 (g)(1) - Unlawful to possess a firearm which has previously traveled in or affected interstate commerce, after having been convicted in a court of law of a felony crime punishable by imprisonment for a term exceeding one year. |

This criminal complaint is based on these facts:

(See ATTACHMENT A as a continuation)

☑ Continued on the attached sheet.

Approved by AUSA S. DiPIAZZA  6/25/19 10:20am
/s/ Prompa

Sworn to before me and signed in my presence.

Date: 6/25/19 - 10:48 a.m.

City and state: __McAllen, Texas__

*Complainant's signature*

__David B. Weiss - ATF Special Agent__
*Printed name and title*

*Judge's signature*

__Juan F. Alanis, U.S. Magistrate Judge__
*Printed name and title*

## ATTACHMENT A

The facts establishing the foregoing issuance of an arrest warrant are based on the following:

I, Special Agent David B. Weiss, affiant, do hereby depose and state the following:

1. I am a Special Agent of the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives. I have been a law enforcement officer since April 2007. My duties include the investigation of violations of the federal firearms laws. I know it to be unlawful for any person who has been convicted of a felony crime to receive or possess a firearm, which has traveled in or affected interstate or foreign commerce. This criminal complaint is based on the following facts:

2. On June 24, 2019, the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) was contacted by the Homeland Security Investigations (HSI) which advised Hector David CONTRERAS (hereinafter referred to as CONTRERAS) provided HSI Agents with written consent to conduct a search of CONTRERAS' residence located in Palmview, Texas. During the consent search of CONTRERAS' residence HSI Agents discovered the following firearm(s) identified as Make: Glock, Model: Glock 19 Gen 4, S/N: BCHX959, 9mm caliber pistol loaded with nine (9) rounds of 9mm caliber ammunition inside the master bedroom. HSI Agents also discovered a second firearm identified as Make: Sturm, Ruger & Co. (Ruger), Model: SR22P, S/N: 365-71124, .22LR caliber pistol loaded with eight (8) rounds of ammunition inside the master bedroom.

3. During a post Miranda interview, CONTRERAS freely admitted to possessing both firearms. CONTRERAS stated he kept the firearms in his bedroom and he possessed the firearms for his personal protection. CONTRERAS stated he knew he was a convicted felon and he knew he was prohibited from possessing firearms due his two (2) prior felony convictions. Record checks revealed CONTRERAS has the following felony convictions:

• January 1, 2006, 92nd District Court of Hidalgo County, Texas (CR-4159-05-A) Offense: Possession of a Controlled Substance; Felony-State Jail Felony.
• May 19, 2008, U.S. District Court, Middle District of Tennessee (3:01-00169-04) Offense; 18 USC 2 and 1952 (a)(3) - Aiding and Abetting Interstate Travel in Furtherance of and Unlawful Business Enterprise-Distribution of Narcotics.

4. Lastly, on June 24, 2019, an ATF Interstate Nexus Expert examined the firearms seized as part of this investigation. The ATF Interstate Nexus Expert concluded that both firearms did, in fact, travel in and affect interstate or foreign commerce.